IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 10-367-02 |
| | : | |
| **LAMEEK STATON** | : | |
| a/k/a "Carter" | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 18th day of August 2022, upon consideration of the Government's *motion to dismiss Indictment,* (Doc. 455), it is hereby **ORDERED** that the motion is **GRANTED.** Accordingly, the Superseding Indictment and the Second Superseding Indictment No. 10-367-02 are **DISMISSED,** without prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*